UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DARREN LUNFORD, | ) | 3:15-cv-00263-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 25, 2016 |
| | ) | |
| SHARON WILSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Continue 90-Day Stay. (ECF No. 8.) Defendants note that the parties reached a settlement at an early mediation conference, but that paperwork to memorialize the settlement remains to be completed and executed by the parties. Defendants therefore seek a 60 day extension of the 90-day stay.

Good cause appearing, the motion (ECF No. 8) is **GRANTED**, and the 90-day stay is extended to and including March 25, 2016.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk