ADAM PAUL LAXALT
Nevada Attorney General
ALYSON L. McCORMICK
Deputy Attorney General
Nevada Bar No. 13187
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1257
E-mail: amccormick@ag.nv.gov

*Attorneys for Defendants*
*Dixie Hallenburg, Michelle Hicks-Moses,*
*and Sharon B. Wilson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARREN LUNFORD,<br><br>               Plaintiff,<br><br>vs.<br><br>SHARON WILSON, et al.,<br><br>               Defendants. | Case No. 3:15-cv-00263-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Darren Lunford, appearing pro se, and Defendants, Dixie Hallenburg, Michelle Hicks-Moses, and Sharon Wilson, through their counsel of record, Adam Paul Laxalt, Attorney General of the State of Nevada, and Alyson L. McCormick, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs. This Court temporarily deferred a decision on Plaintiff's application to proceed *in forma pauperis* and the matter of the filing fee, and the $350.00 filing fee has not been assessed.

DATED this ____ day of January, 2016.            DATED this 17th day of February, 2016.

                                                 ADAM PAUL LAXALT
                                                 Attorney General

By: _____               By: _____
    DARREN LUNFORD                                   ALYSON L. McCORMICK
    Plaintiff, Pro Se                                Deputy Attorney General
                                                     Bureau of Litigation
                                                     Public Safety Division

                                                 *Attorneys for Defendants*

## ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

IT IS FURTHER ORDERED that Plaintiff will not be assessed the $350.00 filing fee.

DATED this 22nd day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 18th day of February, 2016, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

DARREN A. LUNFORD #85337
CARE OF NNCC LAW LIBRARIAN
NORTHERN NEVADA CORRECTIONAL CENTER
P.O. BOX 7000
CARSON CITY, NV 89702
lawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717